IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00131-WYD-CBS | Date: June 9, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* *Counsel:*

PATRICIA SCOTLAND              David Larson

Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, L.L.C.     Steven Dunn

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 10:01 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding Motion for Order to Court to Set a Discovery Hearing [19], Defendant's Response [22], e-mail exchange between Mr. Larson and Mr. Dunn, deposition scheduling, and the lack of response from Defendant.

**ORDERED:** Deposition of Defendant will take place at the United States District Court in Denver, Colorado, in Magistrate Judge Shaffer's Jury Deliberation Room, on June 25, 2014 at 9:00 a.m. The Defendant will be responsible for paying all fees and costs to get him there.

Discovery Cut-off is extended until June 25, 2014 and Dispositive Motion Deadline is extended until July 14, 2014.

Motion for Order to Court to Set a Discovery Hearing [19] is **MOOT**.

Hearing Concluded.

**Court in recess: 10:19 a.m.**
Time in court: 00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.